E-FILED: **11/20/09**

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN and MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MOJAVE PRODUCTIONS, INC., a New Mexico Corporation, KISMET ENTERTAINMENT GROUP, a California Corporation, DAVID E. ALLEN, an individual, and DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO. CV 09-3647 GHK (PJWx)<br><br>Honorable George H. King<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

**TO THE PARTIES AND THEIR COUNSEL OF RECORD:**

Upon consideration of the joint stipulation of Plaintiffs Directors of the Motion Picture Industry Pension Plan and Motion Picture Industry Health Plan (collectively, the "Plans") and Defendants Mojave Productions, Inc., Kismet Entertainment Group, and David E. Allen, It is hereby ordered that the above captioned matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Date: 11/19/09

_____
The Honorable George H. King
United States District Judge

BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI ADELSTEIN & DICKINSON
500 North Central Avenue, Suite 800
Glendale, California 91203